**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JACINTO SOLANO RIJO,

      Petitioner,

v.

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
TODD M. LYONS; Acting Director of
Immigration and Customs Enforcement;
TODD BLANCHE, Acting Attorney General
of the United States; MARKWAYNE
MULLIN, Secretary of the U.S. Department
of Homeland Security; and WARDEN, Otero
County Processing Center,

      Respondents.

Case No. 2:26-cv-01234-MIS-DLM

## <u>FINAL JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Jacinto Solano Rijo and against Respondents Mary De

Anda-Ybarra, Todd M. Lyons, Todd Blanche, Markwayne Mullin, and Warden, Otero County

Processing Center.

_Margaret Strickland_
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE